# Third District Court of Appeal
## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1024
Lower Tribunal Nos. 18-116-A-K & 20-732-A-K

_____

**Robert Bursley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark Wilson, Judge.

Robert Bursley, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.